USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEN ROBERTS,

              Plaintiff,        19cv821 (JGK)

    - against -              ORDER

PRET A MANGER (USA), Ltd.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

The parties are requested to advise the Court about the status of this case by **February 14, 2020**.

SO ORDERED.

Dated:    New York, New York
           January 28, 2020

                                      John G. Koeltl
                                United States District Judge

Copy mailed to pro se party(ies) at docket address