UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEN ROBERTS,

          Plaintiff,

- against -

PRET A MANGER (USA) Ltd.,

          Defendant.

19cv821 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Clerk is directed to update the plaintiff's address as follows:

Ken Roberts
47 Ft. Washington Ave 4
New York, NY 10032
knr646@gmail.com

SO ORDERED.

Dated: New York, New York
February 20, 2020

          John G. Koeltl
          United States District Judge

Copy mailed to pro se party(ies) at docket address