```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------

KEN ROBERTS,

                Plaintiff,           19cv821 (JGK)

    - against -                ORDER

PRET A MANGER (USA) LTD.,

                Defendant.

--------------------------------------------

**JOHN G. KOELTL, District Judge:**

The defendant's April 14, 2020 letter request seeking "clarification" or reconsideration of the Court's six-month extension of dates in this case is denied. Given the plaintiff's pro se status and the difficulty of conducting litigation in this city at this time, the extension, while long, was not unreasonable. Moreover, despite claims of "prejudice", the defendant cites none. The application is therefore **denied**.

**SO ORDERED.**

Dated:    New York, New York
           April 15, 2020        /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge