# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
_KEN ROBERTS_,

    Plaintiff,

v.

_PRET A MANGER_

    Defendant,
---------------------------------------------------x

19-cv-0821 (JGK)

ORDER OF DISMISSAL

Judge John G. Koeltl, United States District Judge:

The Court, having been advised, that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case and to mail a copy of this Order to Plaintiff.

SO ORDERED.
Dated: October 26, 2020
New York, New York

_____
Judge John G. Koeltl
United States District Judge